Richard Erin Gray Junior

101 Oklahoma Avenue

Warner Robins Georgia 31093

7.2.16

① of 4

U.S. District Court
District of Oregon

6:16-cv-1394-TC

Richard Erin Gray Senior

versus

Janiece Marshall et al

Introduction of Defendants and
offenses committed

HERE COMES NOW, Plaintiff expecting to become a new born

father and husband and begin a beautiful life together in Las Vegas, Nevada;

experienced an extraordinary set of circumstance which Ab Initio caused

severe estoppel which resulted in Plaintiff's state of Ab Agendo

or Incapacitation for business or transactions of any kind. Damages above

actual, punitive, spiritual, and family are still causing breach of estoppel

today and Plaintiff has suffered enough damage and Mayhem unawards.

The following Defendants have committed Crimes against the Plaintiff.

Defendant Janiece Marshall of 525 Jade Cliffs Lane Las Vegas Nevada 89144

Defendant State of Nevada

Defendant City of Las Vegas

Defendant Las Vegas Police Protective Association Metro Inc of 9330 W Lake Mead
    Defendant Registed Agent David Royer                    Boulevard Suite 200
    Defendant President    Marc Chaparian                    Las Vegas Nevada 89134
    Defendant Director    Tom Reid

Defendant Las Vegas Police Metropolitan Department of 400 S Martin L. King Boulevard
                                                        Las Vegas, Nevada, 89106

Defendant Clark County Detention Center of 330 S Casino Center boulevard 89101
                                                        Las Vegas, Nevada

Defendant Sunrise Hospital and Medical Center LLC - 3186 S Maryland Parkway, Las Vegas, NV, 89169

Defendant Registered Agent - The Corporation Trust Company of Nevada

Defendant Willremea Steele of (3) of 4       701 S Carson Street Suite 200 Carson City 89701

8600 Sterling Shire Road  Apartment #135   Houston Texas 77078

The defendants have committed the following crimes:

18 USC § 1001

5 USC § 552a

17 USC § 501

18 USC § 3

18 USC § 4

18 USC § 241

18 USC § 247

18 USC § 113

18 USC § 872

18 USC § 911

18 USC § 912

18 USC § 1201

18 USC § 1581

18 USC § 1583

18 USC § 1593A

18 USC § 1651

18 USC § 1652

18 USC § 1653

18 USC § 1951

18 USC § 1956

18 USC § 1959

18 USC § 2236

1st Amendment

4th Amendment

5th Amendment

8th Amendment

14th Amendment

Libel, Equal Protection Clause

WHEREFORE, Plaintiff and family have suffered immense terror and mayhem at the actions of Defendants and Plaintiff demands actual Damages from loss injuries and displacement of $225,000; and punitive damages leading to the destruction of the legitimacy of Plaintiffs marriage ultimately leading to 01c18 Extrajudicative causing recent abduction of Plaintiffs first born son in amount of $1,875,000 to be paid jointly and severally. In addition, Plaintiff would like to add his name on certified birth and change his name to reflect properness plus $2300 cost of action and removal of libelous actions against Plaintiff on public records and databases.

With Respect as Always                                      (4) of 4

Actio a Actio Damni
Injuries to Follow.
    (Statement of Claims)