IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RICHARD E. GRAY Sr.,**

Plaintiff,

v.

**JANIECE MARSHALL,**

Defendant.

Civ. No. 6:16-cv-01394-TC

OPINION and ORDER

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 5) and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

1 – OPINION AND ORDER

Therefore, Magistrate Judge Coffin's Findings and Recommendation (ECF No. 15) is adopted in its entirety and this action is DISMISSED with prejudice for failure to state a claim and failure to prosecute.

IT IS SO ORDERED.

DATED this 1st day of June, 2017.

                                      **/s/ Michael J. McShane**
                                      Michael J. McShane
                                      United States District Judge